Order entered December 4 , 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-01522-CR**
_____

**EX PARTE KEITH D. ROANE**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-86164-04**

**ORDER**

On November 14, 2012, the Court ordered the Collin County Clerk to file the clerk's record containing the documents related to appellant's application for writ of habeas corpus, including the trial court's written order ruling on appellant's application and the trial court's certification of appellant's right to appeal. The clerk's record filed on November 30, 2012 does not contain either the trial court's written order or the certification of appellant's right to appeal. The docket sheet notation showing the judge's ruling does not satisfy the requirement of a written order.

Accordingly, we **ORDER** the Collin County Clerk to file, within the Collin County Clerk to file, within **SEVEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's written order ruling on appellant's application for writ of habeas corpus and the trial court's certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Lance Baxter, Presiding Judge, County Court at Law No. 3;

- Collin County Clerk; and

- Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Keith D. Roane, 809 Lake Place, Azle, Texas 76020.

_____
LANA MYERS
JUSTICE